UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHI WU LIN,<br><br>                                     Petitioner,<br>            -v-<br><br>CHAD WOLF, *Acting Secretary, Department of Homeland Security, in their official capacities*, et al.,<br><br>                                    Respondents. | 19 Civ. 11024 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received Lin's petition for a writ of mandamus. *See* Dkt. 1. The Court orders respondents to respond by January 6, 2020. Petitioner is directed to serve respondents with a copy of this Order by December 10, 2019, and to promptly file an affidavit of such service on the docket of this case.

SO ORDERED.

                                                                                      *Paul A. Engelmayer*
                                                                       PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: December 3, 2019
       New York, New York